IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEITH BURKS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1271

Opinion filed April 8, 2015.

An appeal from the Circuit Court for Leon County.
Frank Sheffield, Judge.

Jeffrey E. Lewis, General Counsel, and Melissa J. Ford, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Julian E. Markham and Jay Kubica, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.  See Scott v. State, 629 So. 2d 238 (Fla. 3d DCA 1993) (holding as lawful the stop of a vehicle at a police perimeter set up in the immediate area of a crime scene from which armed suspects had fled).

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.